# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SANDRA HOLDING LTD.,

          Petitioner,

v.

          Case No.

FAWZI MUSAED AL SALEH, AHMAD FAWZI AL SALEH, QUABBIN CAPITAL, INC., AND JOHN I. SNOW, III,

          Respondents.

## AFFIDAVIT OF THOMAS M. CIAMPA

I, Thomas M. Ciampa, on oath, do depose and say as follows:

1. I am an attorney with the law firm of Ciampa Fray-Witzer, LLP, 20 Park Plaza, Suite 505, Boston, Massachusetts, and a member in good standing of the Bar of the Commonwealth of Massachusetts

2. I am counsel of record for the applicant in the above-captioned matter, Sandra Holding Ltd., and I make this affidavit in support of the applicant's Application for Order Granting Leave to Conduct Discovery for Use in Proceeding in Foreign Tribunal Pursuant to 28 U.S.C. § 1782.

3. Unless otherwise stated, I make the following statements based upon my own personal knowledge.

2

4. Attached hereto as Exhibit 1 is a proposed subpoena seeking testimony and documents from Fawzi Musaed Al Saleh.

5. Attached hereto as Exhibit 2 is a proposed subpoena seeking testimony and documents from Ahmad Fawzi Al Saleh.

6. Attached hereto as Exhibit 3 is a proposed subpoena seeking testimony and documents from Quabbin Capital, Inc.

7. Attached hereto as Exhibit 4 is a proposed subpoena seeking testimony and documents from John I. Snow, III.

8. Attached hereto as Exhibit 5 is the Shareholder Agreement between, among others, Sandra Holding Ltd. and Universal Enterprises Ltd.

9. Attached hereto as Exhibit 6 are the Articles of Association of M.S.S. Holding Ltd. n/k/a Universal Enterprises Ltd.

Signed under the pains and penalties of perjury this 25th day of September 2018.

                                                                /s/ Thomas M. Ciampa
                                                                Thomas M. Ciampa